IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Christina Conyers Williams
Plaintiff(s)

Case Number: 1:06CV02076 CKK

vs

David Anthony, Individually and as Chief of Staff to the Senior Deputy Director, APRA
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on December 27, 2006 at 12:30 PM, I executed service of process upon **DAVID ANTHONY, INDIVIDUALLY AND AS CHIEF OF STAFF TO THE SENIOR DEPUTY DIRECTOR, APRA** at DC Department of Health, 1300 First St NE, Third floor, Washington, DC 20002 by delivering to and leaving with personally, copies of Summons in a Civil Case, Complaint for Declaratory, Injunctive, and Monetary Relief Arising from Violations of the First Amendment of the United States Constitution and the District of Columbia Whistleblower Act, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files, Attorney/Participant Registration Form, Jury Demand and Exhibit A.

David Anthony is described as a Black Male, approximately 6' tall, 200-225 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 60 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $45.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on January 9, 2007.

Date January 9, 2007.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on January 9, 2007.

_____
My Commission Expires: 10-31-2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christina Congers Williams
2 Watch Hill Place
Gaithersburg, MD 20878

SUMMONS IN A CIVIL CASE

V.

Robert Johnson
and as Senior Deputy Dr
APRA
DC Department of
835 North Capitol St, N.E.
Washington, DC 20002, et al

CASE NUMBER  1:06CV02076

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 12/05/2006

JURY ACTION

TO: (Name and address of Defendant)
David Anthony
300 East St, NE
Third Floor
Washington, DC 20002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John F. Karl, Jr
Karl & Tarone
900 17th St, NW
Suite 1250
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DEC - 4 2006

DATE