UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Conyers Williams<br>2 Watch Hill Place<br>Gaithersburg, Md 20878<br><br>    Plaintiff,<br><br>    v.<br><br>Robert Johnson, Individually, and as<br>Senior Deputy Director<br>Addiction and Recovery Administration<br>District of Columbia Department of<br>Health<br>1300 First Street, NE Third Floor<br>Washington DC 20002 Department of<br>Youth<br><br>David Anthony, Individually, and as<br>Chief of Staff to the<br>Senior Deputy Director<br>Addiction and Recovery Administration<br>District of Columbia Department of<br>Health<br>1300 First Street, NE Third Floor<br>Washington DC 20002 Department<br><br>and the District of Columbia<br>444 Fourth Street, NW<br>Washington, DC 20001<br><br>    Defendants. | Civil Action No. 06-2076 |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER
OR OTHER RESPONSIVE PLEADING**

Pursuant to Fed. R. Civ. P. 6(b), the defendants District of Columbia, Robert

Johnson and David Anthony, hereby move for enlargement of time to file an answer or

responsive pleading, up to and including January 30, 2007, and as grounds therefor state as follows:

1. Service upon defendants Robert Johnson and David Anthony were effected on or about December 27, 2006.  Their answer to the complaint is due on January 16, 2007.  See Fed. R. Civ. P. 12(a)(1)(A)..

2. The District of Columbia was not served until January 3, 3007.  The answer to the complaint is not due until January 23, 2007.  See Fed. P. Civ. R. 12(a)(1)(A)..

3. Undersigned counsel recently completed a trial *Thomas v. DC* , CA No. 03-32, before Judge Royce Lamberth, and needs additional time to prepare a responsive pleading to the one hundred and ten (110) paragraph complaint.

4. The defendants respectfully request that this Court extend the time to file a responsive pleading to plaintiff's complaint to January 30, 2007.

5. Under Fed. R. Civ. P. 6(b) provides that,

   > "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

6. This request is being made prior to the expiration of the prescribed period, and is for good cause.

7. No party will be unduly prejudiced should the Court grant the requested relief.

8. The plaintiff consents to this two week extension of time.

2

For all the above-stated reasons, additional time up to and including January 30, 2007, is requested to file an answer or responsive pleading to plaintiff's complaint. A memorandum of points and authorities in support of this motion is hereto attached.

>Respectfully submitted,
>
>LINDA SINGER
>Acting Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>       /s/
>PATRICIA A. JONES [428132]
>Chief, General Litigation, Section IV
>
>       /s/
>LEAH BROWNLEE TAYLOR [488966]
>Assistant Attorney General
>441 4th Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-7854; (202) 727-6295
>leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on January 16th, 2007, the undersigned counsel contacted the plaintiff's counsel and he consented to the relief sought in the motion.

>       /s/
>LEAH BROWNLEE TAYLOR [488966]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christina Conyers Williams**<br>**2 Watch Hill Place**<br>**Gaithersburg, Md 20878**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**Robert Johnson, Individually, and as**<br>**Senior Deputy Director**<br>**Addiction and Recovery Administration**<br>**District of Columbia Department of**<br>**Health**<br>**1300 First Street, NE Third Floor**<br>**Washington DC 20002 Department of**<br>**Youth**<br><br>**David Anthony, Individually, and as**<br>**Chief of Staff to the**<br>**Senior Deputy Director**<br>**Addiction and Recovery Administration**<br>**District of Columbia Department of**<br>**Health**<br>**1300 First Street, NE Third Floor**<br>**Washington DC 20002 Department**<br><br>**and the District of Columbia**<br>**444 Fourth Street, NW**<br>**Washington, DC 20001**<br><br>      **Defendants.** | Civ. Action No. 06-2076 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**THE DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**
**TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

    In support of their Consent Motion for Enlargement of Time to File Answer or

Other Responsive Pleading, the defendants rely upon the following authorities:

4

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The record herein.

4. Plaintiff's consent.

                Respectfully submitted,

                LINDA SINGER
                Acting Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                /s/ _____
                PATRICIA A. JONES [428132]
                Chief, General Litigation, Section IV

                /s/ _____
                LEAH BROWNLEE TAYLOR [488966]
                Assistant Attorney General
                441 4th Street, N.W.
                Sixth Floor South
                Washington, D.C. 20001
                (202) 724-7854; (202) 727-6295
                leah.taylor@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christina Conyers Williams** )<br>**2 Watch Hill Place** )<br>**Gaithersburg, Md 20878** )<br>  )<br>         **Plaintiff,** )<br>  )<br>         **v.** )<br>  ) | **Civil Action No. 06-2076** |
| **Robert Johnson, Individually, and as** )<br>**Senior Deputy Director** )<br>**Addiction and Recovery Administration** )<br>**District of Columbia Department of** )<br>**Health** )<br>**1300 First Street, NE Third Floor** )<br>**Washington DC 20002 Department of** )<br>**Youth** )<br>  )<br>**David Anthony, Individually, and as** )<br>**Chief of Staff  to the** )<br>**Senior Deputy Director** )<br>**Addiction and Recovery Administration** )<br>**District of Columbia Department of** )<br>**Health** )<br>**1300 First Street, NE Third Floor** )<br>**Washington DC 20002 Department** )<br>  )<br>**and the District of Columbia** )<br>**444 Fourth Street, NW** )<br>**Washington, DC 20001** )<br>  )<br>         **Defendants.** )<br>  ) | |

## **ORDER**

Upon consideration of the Consent Motion for Enlargement of Time to File an

Answer or Other Responsive Pleading, the Memorandum of Points and Authorities filed

6

in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED: That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED: That defendants' time to file an answer or other responsive pleading is extended up to and including January 30, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA