UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Christina Conyers Williams** ) <br> 2 Watch Hill Place ) <br> Gaithersburg, Md 20878 ) <br>   ) <br>  Plaintiff, ) <br>   ) <br>  v. ) <br>   ) <br> **Robert Johnson, Individually, and as** ) <br> **Senior Deputy Director** ) <br> **Addiction and Recovery Administration** ) <br> **District of Columbia Department of** ) <br> **Health** ) <br> 1300 First Street, NE Third Floor ) <br> Washington DC 20002 Department of ) <br> Youth ) <br>   ) <br> **David Anthony, Individually, and as** ) <br> **Chief of Staff to the** ) <br> **Senior Deputy Director** ) <br> **Addiction and Recovery Administration** ) <br> **District of Columbia Department of** ) <br> **Health** ) <br> 1300 First Street, NE Third Floor ) <br> Washington DC 20002 Department ) <br>   ) <br> **and the District of Columbia** ) <br> 444 Fourth Street, NW ) <br> Washington, DC 20001 ) <br>   ) <br>  Defendants. ) <br>   ) | Civil Action No. 06-2076 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

Pursuant to Fed. R. Civ. P. 6(b), the defendants District of Columbia, Robert

Johnson and David Anthony, hereby move for a brief enlargement of time to file a

responsive pleading, up to and including February 2, 2007, and as grounds therefore state as follows:

1. The plaintiff and the defendant have discussed the possibility of settlement in the above-captioned matter. On January 29, 2007, plaintiff provided defendant with a demand for settlement that consisted of a 42 paged audit of the District of Columbia Department of Health, the agency involved in whistleblower action in the aforementioned matter. Counsel is in the process of evaluating the plaintiff's demand, but no settlement has been entered by the parties.

2. On January 16, 2007, the defendants moved for a two week enlargement to respond to plaintiff's 110 paragraph Complaint, and their answer was due on 1/30/07. Due to undersigned discussions with plaintiff's counsel regarding the case, and the press of other business, these defendants' answer was not timely filed.

3. The defendants respectfully request that this Court extend the time to file a responsive pleading to plaintiff's complaint to February 2, 2007.

4.. Fed. R. Civ. P. 6(b)(2) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…"

5. This request is being made after the expiration of the prescribed period, and the failure to act was for the aforementioned reasons, the result of excusable neglect.

6.  These defendants seek a two-day extension of time, and no party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including February 2, 2007, is requested to file an answer or responsive pleading to plaintiff's complaint. A memorandum of points and authorities in support of this motion is hereto attached.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        \_\_\_\_\_/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

        \_\_\_\_\_/s/_____
        LEAH BROWNLEE TAYLOR [488966]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7854; (202) 727-6295
        leah.taylor@dc.gov

### **CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on January 31, 2007, the undersigned counsel contacted the plaintiff's counsel to discuss the relief sought in this motion. Plaintiff's counsel could not be reached. Therefore, this motion should be treated as contested.

        _____/s/_____
        LEAH BROWNLEE TAYLOR [488966]
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Conyers Williams ) <br> 2 Watch Hill Place ) <br> Gaithersburg, Md 20878 ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> Robert Johnson, Individually, and as ) <br> Senior Deputy Director ) <br> Addiction and Recovery Administration ) <br> District of Columbia Department of ) <br> Health ) <br> 1300 First Street, NE Third Floor ) <br> Washington DC 20002 Department of ) <br> Youth ) <br> ) <br> David Anthony, Individually, and as ) <br> Chief of Staff to the ) <br> Senior Deputy Director ) <br> Addiction and Recovery Administration ) <br> District of Columbia Department of ) <br> Health ) <br> 1300 First Street, NE Third Floor ) <br> Washington DC 20002 Department ) <br> ) <br> and the District of Columbia ) <br> 444 Fourth Street, NW ) <br> Washington, DC 20001 ) <br> ) <br>     Defendants. ) | Civ. Action No. 06-2076 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

    In support of their Motion for Enlargement of Time to File Answer or Other

Responsive Pleading, the defendants rely upon the following authorities:

4

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(2).

3. The record herein..

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

          /s/
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

          /s/
        LEAH BROWNLEE TAYLOR [488966]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7854; (202) 727-6295
        leah.taylor@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christina Conyers Williams** ) <br> **2 Watch Hill Place** ) <br> **Gaithersburg, Md 20878** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) | Civil Action No. 06-2076 |
| **Robert Johnson, Individually, and as** ) <br> **Senior Deputy Director** ) <br> **Addiction and Recovery Administration** ) <br> **District of Columbia Department of** ) <br> **Health** ) <br> **1300 First Street, NE Third Floor** ) <br> **Washington DC 20002 Department of** ) <br> **Youth** ) <br> ) <br> **David Anthony, Individually, and as** ) <br> **Chief of Staff to the** ) <br> **Senior Deputy Director** ) <br> **Addiction and Recovery Administration** ) <br> **District of Columbia Department of** ) <br> **Health** ) <br> **1300 First Street, NE Third Floor** ) <br> **Washington DC 20002 Department** ) <br> ) <br> **and the District of Columbia** ) <br> **444 Fourth Street, NW** ) <br> **Washington, DC 20001** ) <br> ) <br> Defendants. ) <br> ) | |

## **ORDER**

Upon consideration of the Motion for Enlargement of Time to File an Answer or Other Responsive Pleading, the Memorandum of Points and Authorities filed in support thereof, plaintiff's response thereto, if any, and the entire record herein, and it appearing

to the Court that the motion should be granted, it is by the Court this ___ day of

_____, 2007,

      ORDERED:  That the motion shall be and the same is hereby granted; and it is,

      FURTHER ORDERED: That defendants' time to file an answer or other responsive pleading is extended up to and including February 2, 2007.

                                      _____
                                      JUDGE, UNITED STATES DISTRICT COURT
                                      FOR THE DISTRICT OF COLUMBIA