UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christina Conyers Williams**<br>2 Watch Hill Place<br>Gaithersburg, Md 20878<br><br>      **Plaintiff,**<br><br>      v.<br><br>**Robert Johnson, Individually, and as**<br>**Senior Deputy Director**<br>**Addiction and Recovery Administration**<br>**District of Columbia Department of**<br>**Health**<br>**1300 First Street, NE Third Floor**<br>**Washington DC 20002 Department of**<br>**Youth**<br><br>**David Anthony, Individually, and as**<br>**Chief of Staff to the**<br>**Senior Deputy Director**<br>**Addiction and Recovery Administration**<br>**District of Columbia Department of**<br>**Health**<br>**1300 First Street, NE Third Floor**<br>**Washington DC 20002 Department**<br><br>**and the District of Columbia**<br>**444 Fourth Street, NW**<br>**Washington, DC 20001**<br><br>      **Defendants.** | Civil Action No. 06-2076 |

## NOTICE OF FILING

The plaintiff has consented to the defendants District of Columbia, Robert Johnson and David Anthony, brief enlargement of time to file a responsive pleading, up to and including February 2, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\_\_\_/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

\_\_\_\_\_/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

2