UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINA CONYERS WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) C. A. NO. 06-2076 CKK |
| **ROBERT JOHNSON, DAVID ANTHONY, and** | ) |
| **THE DISTRICT OF COLUMBIA,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**CORRECTED COPY OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME FOR OPPOSING DEFENDANTS' MOTION TO DISMISS**

Plaintiff respectfully requests an enlargement of time for filing her Opposition to Defendant's Motion to Dismiss for good cause shown.

Defendant's Motion to Dismiss was filed on February 2, 2007 and plaintiff's Opposition os due on February 16, 2007.  Plaintiff timely filed a Consent Motion for Enlargement of Time that contained an error that needed to be corrected.

During the week following the filing of Defendants' Motion to Dismiss, plaintiff's counsel was in trial in U.S. District Court for the District of Columbia. *Lucas v. Spellings*, C.A. No. 01-2393 JMF.  That trial ended on February 9, 2007.  After the *Lucas* trial ended, the undersigned counsel had to review the record and prepare a detailed discovery plan under a short deadline in a case on remand from the U.S. Court of Appeals for the District of Columbia Circuit, *Velikonja v. Gonzales*, 466 F.3d 1223 (D.C. Cir. 2006).

In the next ten days, the undersigned counsel must complete Plaintiff's Opposition to Motion for Summary Judgment in *Winder v. Erste*, C.A. No. 03-2623 JDB.  The Opposition was originally due in October, 2006, but the trial granted has prevously granted several enlargements of time.

During that same time period, the undersigned counsel must reply to a Proposal to Remove issued to a federal employee. The agency has already granted one request for additional time in that matter and that response is due later this month.

In addition, counsel for the parties have had some discussion regarding settlement and expect to continue these discussions in the next few weeks.

Assistant Attorney General Leah Brownlee Taylor graciously consented to this motion.

WHEREFORE, plaintiff respectfully requests an enlargement of time for filing her Opposition to the Motion to Dismiss to and including March 19, 2007. A draft Order is attached.

Respectfully submitted,

_____
John F. Karl, Jr. #292458
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
202.293.3200
202.429.1851 (fax)
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINA CONYERS WILLIAMS**  )<br>)<br>         **Plaintiff,**  )<br>)<br>  )<br>**ROBERT JOHNSON,  DAVID ANTHONY, and**  )<br>**THE DISTRICT OF COLUMBIA**  )<br>)<br>         **Defendants.**  )<br>  ) | C. A. NO. 06-2076 CKK |

**ORDER**

Upon consideration of the Corrected Copy of Plaintiff's Consent Motion for Enlargement of Time and Memorandum of Points and Authorities in Support Thereof, the lack of Opposition thereto, and the entire record herein,

ORDERED that Plaintiff's Motion should be, and hereby is, granted; it is further

ORDERED that Plaintiff shall file her Opposition to Defendant's Motion to Dismiss no later than March 19, 2007.

_____
Colleen Kollar-Kotelly
U.S. District Judge

cc:
    John F. Karl, Jr.
    Karl & Tarone
    900 17th Street, NW
    Suite 1250
    Washington, DC 20006
    Counsel for Plaintiff

    Leah Brownlee Taylor., Esquire
    Assistant Attorney General
    6th Floor South
    441 Fourth St., N.W.
    Washington, D.C. 20002
    Counsel for defendants