UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CHRISTINA CONYERS WILLIAMS,           )
                                       )
      Plaintiff,                       )
                                       )
                                       ) C. A. NO. 06-2076 CKK
ROBERT JOHNSON, DAVID ANTHONY, and    )
THE DISTRICT OF COLUMBIA,             )
                                       )
      Defendants.                      )
_____)

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR OPPOSING
DEFENDANTS' SECOND MOTION TO DISMISS**

Plaintiff respectfully requests an enlargement of time for filing her Opposition to Defendants' Second Motion to Dismiss, which is captioned "Defendants' Motion to Dismiss Plaintiff's Amended Complaint," for good cause shown. This was filed after Ms. Williams amended her Complaint.

Defendant's Second Motion to Dismiss was filed on April 6, 2007, and plaintiff's Opposition is due on April 20, 2007. Plaintiff's counsel was on vacation when defendants filed their second Motion to Dismiss.

When the undersigned counsel returned to his office, he faced deadlines in a number of matters that were scheduled before he left for vacation. These included preparation for a trial scheduled for May 7-9, 2007, in a District of Columbia Superior Court case that raises complex defamation issues. The undersigned counsel also had to file Briefs with the Equal Employment Opportunity Commission in the next month in two separate cases and he completed one of these briefs earlier this week. Plaintiff's counsel also has to prepare for and conduct four depositions during April in *Velikonja v. Gonzales*, 466 F.3d 122 (D.C. Cir. 2006), which is on remand from the D.C. Circuit.

Also, on April 2, 2007, the opposing party filed a Motion for Summary Affirmance in an appeal pending in the U.S. Court of Appeals for the District of Columbia Circuit. *Trout v. Secretary of the Navy*, App. No. 07-5053 (C.A. No 73-55). The undersigned counsel filed a consent motion to enlarge the time for responding to the Motion for Summary Affirmance to and including May 15, 2007, that was granted by the Court of Appeals.

For these reasons, the undersigned counsel seeks an additional thirty days for filing plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

The undersigned tried to reach defendants' counsel, Assistant Attorney General Leah Brownlee Taylor, by telephone on April 13, 2007, and again on April 20, 2007, to obtain consent to this motion. The undersigned counsel was unable to reach Ms. Taylor and believes that she is on the vacation that counsel for the parties discussed earlier this month.

WHEREFORE, plaintiff respectfully requests an enlargement of time for filing her Opposition to the Motion to Dismiss Plaintiff's Amended Complaint to and including May 21, 2007. A draft Order is attached.

Respectfully submitted,

_____
John F. Karl, Jr. #292458
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
202.293.3200
202.429.1851 (fax)

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINA CONYERS WILLIAMS** )<br>)<br>   Plaintiff, )<br>)<br>            )  C. A. NO. 06-2076 CKK<br>**ROBERT JOHNSON, DAVID ANTHONY, and** )<br>**THE DISTRICT OF COLUMBIA** )<br>)<br>   Defendants. )<br>_____ ) | |

### ORDER

Upon consideration of Plaintiff's Motion for Enlargement of Time and Memorandum of Points and Authorities in Support Thereof, the Opposition (if any) thereto, and the entire record herein,

ORDERED that Plaintiff's Motion should be, and hereby is, granted; it is further

ORDERED that Plaintiff shall file her Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint no later than May 21, 2007.

_____
Colleen Kollar-Kotelly
U.S. District Judge

cc:
    John F. Karl, Jr.
    Karl & Tarone
    900 17th Street, NW
    Suite 1250
    Washington, DC 20006
    Counsel for Plaintiff

    Leah Brownlee Taylor., Esquire
    Assistant Attorney General
    6th Floor South
    441 Fourth St., N.W.
    Washington, D.C. 20002
    Counsel for defendants