UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christina Conyers Williams**<br>2 Watch Hill Place<br>Gaithersburg, Md 20878<br><br>          **Plaintiff,**<br><br>          **v.**<br><br>**Robert Johnson, Individually, and as**<br>**Senior Deputy Director**<br>**Addiction and Recovery Administration**<br>**District of Columbia Department of**<br>**Health**<br>**1300 First Street, NE Third Floor**<br>**Washington DC 20002**<br><br>**David Anthony, Individually, and as**<br>**Chief of Staff  to the**<br>**Senior Deputy Director**<br>**Addiction and Recovery Administration**<br>**District of Columbia Department of**<br>**Health**<br>**1300 First Street, NE Third Floor**<br>**Washington DC 20002**<br><br>**and**<br><br>**The District of Columbia**<br>**444 Fourth Street, NW**<br>**Washington, DC 20001**<br><br>          **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 06-2076**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO OPPOSE THE DEFENDANTS' SECOND MOTIONTO DISMISS

Defendants Robert Johnson, David Anthony, and the District of Columbia.(hereinafter "District defendants"), by and through undersigned counsel, herein consent to Plaintiff's Motion for an Enlargement of Time to Oppose Defendants' Second Motion to Dismiss.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

       /s/        _____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

       /s/        _____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov