UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christina Conyers Williams** <br> **2 Watch Hill Place** <br> **Gaithersburg, Md 20878** <br><br>      **Plaintiff,** <br><br>      v. <br><br> **Robert Johnson, Individually, and as** <br> **Senior Deputy Director** <br> **Addiction and Recovery Administration** <br> **District of Columbia Department of** <br> **Health** <br> **1300 First Street, NE Third Floor** <br> **Washington DC 20002 Department of** <br> **Youth** <br><br> **David Anthony, Individually, and as** <br> **Chief of Staff to the** <br> **Senior Deputy Director** <br> **Addiction and Recovery Administration** <br> **District of Columbia Department of** <br> **Health** <br> **1300 First Street, NE Third Floor** <br> **Washington DC 20002 Department** <br><br> **and** <br><br> **District of Columbia** <br> **444 Fourth Street, NW** <br> **Washington, DC 20001** <br><br>      **Defendants.** | **Civil Action No. 06-2076** |

## MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), the defendants District of Columbia, Robert Johnson and David Anthony, hereby move for a brief enlargement of time to file a response, up to an including to and including June 7, 2007, and as grounds therefore state as follows:

1. On or about May 21, 2007, the plaintiff filed an opposition to the defendants' motion to dismiss the plaintiff's amended complaint.[1]

2. The defendants' reply, if any, would be due on May 31, 2007. Due to press of business and counsel's calendar, the defendants respectfully request an additional week to file a reply to plaintiff's opposition.

3. Fed. R. Civ. P. 6(b)(1) provides that,

"[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…"

4. This request is being made before the expiration of the prescribed period.

5. No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including June 7, 2007, is requested to file a response to plaintiff's opposition. A memorandum of points and authorities in support of this motion is hereto attached.

Respectfully submitted,

---

[1] Plaintiff has also sought the defendants' consent to file another amended complaint, which has not been filed as of this writing.

2

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on May 30, 2007, the undersigned counsel contacted the plaintiff's counsel to discuss the relief sought in this motion. Plaintiff's counsel could not be reached. Therefore, this motion should be treated as contested.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Christina Conyers Williams** <br> **2 Watch Hill Place** <br> **Gaithersburg, Md 20878** <br><br> Plaintiff, <br><br> v. <br><br> **Robert Johnson, Individually, and as** <br> **Senior Deputy Director** <br> **Addiction and Recovery Administration** <br> **District of Columbia Department of** <br> **Health** <br> **1300 First Street, NE Third Floor** <br> **Washington DC 20002 Department of** <br> **Youth** <br><br> **David Anthony, Individually, and as** <br> **Chief of Staff to the** <br> **Senior Deputy Director** <br> **Addiction and Recovery Administration** <br> **District of Columbia Department of** <br> **Health** <br> **1300 First Street, NE Third Floor** <br> **Washington DC 20002 Department** <br><br> **and** <br><br> **District of Columbia** <br> **444 Fourth Street, NW** <br> **Washington, DC 20001** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civ. Action No. 06-2076 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S AMENDED COMPLAINT**

In support of their Motion for Enlargement of Time to File A Reply, the defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The record herein.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

        /s/
        LEAH BROWNLEE TAYLOR [488966]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7854; (202) 727-6295
        leah.taylor@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christina Conyers Williams**<br>**2 Watch Hill Place**<br>**Gaithersburg, Md 20878**<br><br>Plaintiff,<br><br>v.<br><br>**Robert Johnson, Individually, and as**<br>**Senior Deputy Director**<br>**Addiction and Recovery Administration**<br>**District of Columbia Department of**<br>**Health**<br>**1300 First Street, NE Third Floor**<br>**Washington DC 20002 Department of**<br>**Youth**<br><br>**David Anthony, Individually, and as**<br>**Chief of Staff to the**<br>**Senior Deputy Director**<br>**Addiction and Recovery Administration**<br>**District of Columbia Department of**<br>**Health**<br>**1300 First Street, NE Third Floor**<br>**Washington DC 20002 Department**<br><br>and<br><br>**District of Columbia**<br>**444 Fourth Street, NW**<br>**Washington, DC 20001**<br><br>Defendants. | Civil Action No. 06-2076 |

**ORDER**

6

Upon consideration of defendants District of Columbia, Robert Johnson and David Anthony's Motion for Enlargement of Time to File a Reply, the plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED: That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED: That defendants' time to file a reply is extended up to and including June 7, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA