# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Conyers Williams,<br><br>        Plaintiff,<br><br>    v.<br><br>Robert Johnson, *et al.*,<br><br>        Defendants. | C.A. No.: 06-2076 (CKK) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of LETICIA L. VALDES, and withdraw the appearance of Leah Brownlee Taylor, Assistant Attorney General for the District of Columbia, as counsel for defendants the District of Columbia, Robert Johnson and David Anthony.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

    /s/ Leah Brownlee Taylor
LEAH BROWNLEE TAYLOR [0488966]
Assistant Attorney General

    /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov