UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA CONYERS WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT JOHNSON, *et al.*<br><br>    Defendants. | Civil Action No. 06-2076 (CKK) |

**ORDER**
(March 14, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 14th day of March, 2008, hereby

**ORDERED** that Defendant's [14] Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED-IN-PART and DENIED-IN-PART. Specifically, Plaintiff's First Amendment Claim–Count I–is dismissed insofar as it is based upon her testimony before the D.C. Council. In addition, any potential Whistleblower Protection Act claim included in Count II against Defendants Johnson and Anthony in their individual capacities is dismissed. The remainder of Defendants' Motion to Dismiss is denied; it is further

**ORDERED** that an Initial Scheduling Conference shall be held in this matter at 9:30 a.m. on Wednesday, April 23, 2008 in Courtroom 28A of the Sixth Floor of the Courthouse Annex.

**SO ORDERED.**

                                              /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge