# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Conyers Williams, | |
|     Plaintiff, | |
|     v. | C.A. No.: 06-2076 (CKK) |
| Robert Johnson, *et al.*, | |
|     Defendants. | |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO RESCHEDULE THE INITIAL SCHEDULING CONFERENCE

Defendant District of Columbia, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), respectfully moves this Court for entry of an order rescheduling the initial scheduling conference, and as grounds therefore states as follows:

1. On March 17, 2008, this Court set the Initial Scheduling Conference in the above captioned matter for April 23, 2008, at 9:30 a.m.

2. Undersigned counsel is scheduled to commence a trial on April 23, 2008, in the matter of *Mazloum v. The District of Columbia Metropolitan Police Department*, *et al.*, Civil Action No.: 06-0002, in this United States District Court for the District of Columbia in front of the Honorable Judge John D. Bates.

3. According to Fed. R. Civ. P. 6(b), the court may for, for good cause, (1)(A) "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is made for good cause and is filed prior to the expiration of the prescribed period, as the Initial Scheduling Conference is scheduled for April 23, 2008.

4. No party will be unduly prejudiced by the grant of the requested relief, and plaintiff has consented to the relief herein requested.

5.  If the court's schedule permits, the parties are available for a scheduling conference on April 17, 2008, April 18, 2008, or May 9, 2008.

This defendant has attached hereto, a memorandum of points and authorities in support of its Consent Motion to Extend Discovery and Revise the Scheduling Order.

>Respectfully submitted,
>
>PETER J. NICKLES
>Interim Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>      /s/ Patricia A. Jones
>PATRICIA A. JONES [428132]
>Chief, General Litigation, Section IV
>
>      /s/ Leticia L. Valdes
>LETICIA L. VALDES [0461327]
>Assistant Attorney General
>441 4th Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 442-9845; (202) 727-6295

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on March 19, 2008, the undersigned communicated with John F. Karl, Jr., Esq., plaintiff's counsel, regarding the herein requested relief and he consents to the requested relief.

>      /s/ Leticia L. Valdes
>LETICIA L. VALDES
>Assistant Attorney General

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Conyers Williams, | |
| Plaintiff, | |
| v. | C.A. No.: 06-2076 (CKK) |
| Robert Johnson, *et al.*, | |
| Defendants. | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO RESCHEDULE THE INITIAL SCHEDULING CONFERENCE

In support of its Consent Motion to Reschedule the Initial Scheduling Conference, defendant District of Columbia cites and relies upon the following authorities:

1. Fed. R. Civ. P. 6(b)(1)(A);

2. The entire record herein;

3. The plaintiff's consent;

4. Judicial economy; and

5. The lack of undue prejudice to the parties.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

　　/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

2

/s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Conyers Williams,<br><br>    Plaintiff,<br><br>    v.<br><br>Robert Johnson, *et al.*,<br><br>    Defendants. | C.A. No.: 06-2076 (CKK) |

## **ORDER**

Upon consideration of defendant District of Columbia's Consent Motion to Reschedule the Initial Scheduling Conference, it is this _____ day of _____, 2008,

ORDERED: That the defendant's Motion to Reschedule the Initial Scheduling Conference is hereby granted, and it is,

FURTHER ORDERED: That the April 23, 2008, Initial Scheduling Conference is cancelled. The Initial Scheduling Conference shall be conducted on _____.

_____
Judge Colleen Kollar-Kotelly