# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Christina Conyers Williams,

      Plaintiff,

    v.

Robert Johnson, *et al.*,

      Defendants.

C.A. No.: 06-2076 (CKK)

## DEFENDANTS DISTRICT OF COLUMBIA, ROBERT JOHNSON, AND DAVID ANTHONY'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants District of Columbia, Robert Johnson and David Anthony, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully move this Court for an enlargement of time to file a response to plaintiff's Complaint, up to an including April 11, 2008, and as grounds state as follows:

1.    Plaintiff filed her First Amended Complaint in this matter on March 20, 2007.  It contains at least 113 separate allegations.  *See* First Amended Complaint, at docket entry #13. On or about April 6, 2007, the District of Columbia filed its Motion to Dismiss plaintiff's claims. *See* Motion to Dismiss First Amended Complaint, at docket entry #14.  On March 14, 2008, this Court issued its Order granting in part and denying in part these defendants' motion to Dismiss.

2.    These defendants' response to plaintiff's First Amended Complaint is due on or about March 28, 2008. Undersigned counsel requires additional time to review the lengthy allegations set forth in plaintiff's First Amended Complaint and to prepare these defendants' response.

3.      Fed. R. Civ. P. 6(b)(1) provides that the court may at any time in its discretion "with or without motion or notice order the period enlarged if request thereof is made before the expiration of the period originally prescribed…."  This motion is being filed prior to the expiration of the prescribed period.  These defendants move to extend the time to file a responsive pleading to plaintiff's First Amended Complaint until April 11, 2008.

4.      Plaintiff's counsel consents to this request.  These defendants believe that they have satisfied the requirements of Rule 6(b)(1), and no party will be unduly prejudiced by the grant of the requested relief.

These defendants have attached hereto, a memorandum of points and authorities in support of their Consent Motion for Enlargement of Time to File a Response to Plaintiff's First Amended Complaint.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

## <u>CERTIFICATE PURSUANT TO RULE 7(m)</u>

I hereby certify that on March 26, 2008, the undersigned communicated with John F.

Karl Jr., Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted.


_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Christina Conyers Williams, | |
| Plaintiff, | |
| v. | C.A. No.: 06-2076 (CKK) |
| Robert Johnson, *et al.*, | |
| Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS
DISTRICT OF COLUMBIA, ROBERT JOHNSON AND DAVID ANTHONY'S MOTION
FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST
AMENDED COMPLAINT**

In support of their Consent Motion for Enlargement of Time to File a Response to

Plaintiff's First Amended Complaint, defendants District of Columbia, Robert Johnson and David

Anthony herein submit and rely upon the following authorities:

1.      Fed. R. Civ. P. 6(b)(1);

2.      The entire record herein;

3.      Judicial economy;

4.      The lack of undue prejudice to the parties;

5.      Plaintiff's consent; and

6.      The Court's equitable powers.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Christina Conyers Williams,

      Plaintiff,

      v.

Robert Johnson, *et al.*,

      Defendants.

C.A. No.: 06-2076 (CKK)

## <u>ORDER</u>

Upon consideration of defendants District of Columbia, Robert Johnson and David Anthony's Consent Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint, it is by the Court this _____ day of _____, 2008,

ORDERED:    that the defendants Motion for Enlargement of Time to File a Response to Plaintiff's First Amended Complaint is hereby GRANTED, and it is,

FURTHER ORDERED: that defendants District of Columbia, Robert Johnson and David Anthony's response to plaintiff's First Amended Complaint shall be filed on or before April 11, 2008.

_____
Judge Colleen Kollar-Kotelly