REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: H

| CAUSE OF ACTION: | 28:1331 Federal Question: Employment Discrimination | | | |
|---|---|---|---|---|
| CASE NO:<br>06cv2076 | DATE REFERRED:<br>April 15, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF(S):<br>CHRISTINA CONYERS WILLIAMS | DEFENDANT(S):<br>ROBERT JOHNSON |
|---|---|

| ENTRIES: |
|---|
| MEDIATION TO COMMENCE OCTOBER 1, 2008 AND CONCLUDE BY NOVEMBER 14, 2008 |