UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA CONYERS WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. NO. 06-2076 CKK |
| ROBERT JOHNSON, DAVID ANTHONY, and | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S INITIAL DISCLOSURES**

**I.   Persons with Knowledge**

1. Christine Conyers Williams c/o John F. Karl, Jr., is the plaintiff in this case. Williams had information regarding the operations of Addiction Prevention and Recovery Administration ("APRA") in the District of Columbia Department of Health ("DOH"), her exercise of her First Amendment and DC Whistleblower rights and the emotional distress, embarrassment, humiliation and other damages she suffered.

2. Defendant Robert Johnson c/o APRA.

3. Defendant David Anthony, c/o APRA.

4. D.C. Councilman David Catania.

5. Tori Fernandez Whitney, APRA.

6. Pamela Shaw, APRA.

7. Dorothy Smith, APRA.

8. Julian Tolver, APRA.

9. Carol Ware, APRA,

10. Williams' Treating Physician(s) at Bethesda Naval Hospital, Bethesda, MD.

11. Officials with Softscape, Inc. of Wayland, Massachusetts ("Softscape") who have knowledge of Softscape's business relationship with APRA and its contracts with

      APRA.

12. Dr. Gregory Payne, APRA.

**II.  Documents**

The documents and things plaintiff may use to support her claims in this case include:

1. Plaintiff's Official Personnel Folder.

2. Documents generated or created in connection with the attempt to terminate Williams based on charges that she violated the District of Columbia Residents Preference Statute, including, but not limited to, a transcript of hearing held in 2005 and all exhibits used at that hearing.

3. E-mail or other documentation between and among the various listed witnesses, including but not limited to all e-mails received or sent by David Anthony that refer to Williams and/or APRA's contract with Softscape

4. E-mail or other documentation between and among the various listed witnesses, including but not limited to all e-mails received or sent by Robert Johnson that refer to Williams and/or APRA's contract with Softscape

5. E-mail or other documentation between and among the various listed witnesses, including but not limited to all e-mails received or sent by Tori Fernandez Whitney that refer to Williams and/or APRA's contract with Softscape

6. E-mail or other documentation between and among the various listed witnesses, including but not limited to all e-mails received or sent by Gregory Payne that refer to Williams and/or APRA's contract with Softscape.

7. E-mail or other documentation between and among the various listed witnesses, including but not limited to all e-mails received or sent by Carol Ware that refer to Williams and/or APRA's contract with Softscape

8. E-maisl, notes to the file or any other document written by any person involved in discussions regarding, or efforts to terminate Williams.

9. Medical records prepared by health care providers whom Williams visited that will be produced upon entry of a Protective Order

### III.    Damages

Williams seeks compensatory damages for mental anguish, embarrassment, and personal humiliation.  Williams also seeks compensatory damages for the stress she suffered which created a series of health problems in 2006, including high blood pressure and a cancer scare in the amount of $3,000,000.

Williams also seeks the merit pay and/or bonus she was wrongfully denied for 2006/2007.

Williams seeks punitive damages in the amount of $1 million against the individual defendants.

Williams also seeks reasonable attorney's fees and costs.

Respectfully submitted,

/S/
John F. Karl, Jr.  292458
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200
Counsel for Plaintiff