UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Conyers Williams, <br><br> Plaintiff, <br><br> v. <br><br> Robert Johnson, *et al.*, <br><br> Defendants. | C.A. No.: 06-2076 (CKK) |

## DEFENDANTS DISTRICT OF COLUMBIA, ROBERT JOHNSON AND DAVID ANTHONY'S MOTION TO ENLARGE THE TIME TO MAKE THEIR INITIAL DISCLOSURES

Defendants, District of Columbia, Robert Johnson and David Anthony, by and through counsel, herein move, pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for them to make their initial disclosures pursuant to Fed. Civ. R. 26(a)(1). Because of trial and the press of other business, the Defendants are unable to timely make its disclosures before the expiration of the prescribed period. The Defendants seek 10 days to make their initial disclosures. A memorandum of points and authorities in support of their motion is hereto attached.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

  /s/ Patricia A. Jones  
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV
  /s/ Leticia L. Valdes  
LETICIA L. VALDES [461327]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov

## 7(m) CERTIFICATION

On May 15, 2008, undersigned counsel telephoned plaintiff's counsel regarding the relief herein sought. Because of the lateness of the hour, counsel was unavailable. A message could not be left because the phone continued to ring and no answering machine came on to accept messages.

/s/Patricia A. Jones
Patricia A. Jones
Chief, General Litigation Section IV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christina Conyers Williams,<br><br>         Plaintiff,<br><br>    v.<br><br>Robert Johnson, *et al.*,<br><br>         Defendants. | C.A. No.: 06-2076 (CKK) |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO ENLARGE THE TIME TO MAKE THEIR INITIAL DISCLOSURES**

In support of its Motion to enlarge the time to make their initial disclosures in the above-captioned case, defendants District of Columbia, Robert Johnson, and David Anthony, herein submit their memorandum of points and authorities, and state as follows:

1.     The Scheduling Order in this case provides that initial disclosures be made on May 15, 2008. See Docket Entry #32.

2.     Because of the press of other business, undersigned counsel is unable to make the Defendants' initial disclosures prior to the expiration of the prescribed period. Undersigned counsel began trial in the matter of *Emile Mazloum v. D.C., et al.,* Civil Action No. 06-00002 (JDB), in the United States District Court for the District of Columbia, on April 23, 2008. Trial ended on May 2, 2008. The jury returned its verdict on May 6, 2007. Post-trial motions are due on May 20, 2008. Undersigned counsel participated in depositions on May 13, 14, and 15, in the case *Sperling v. WMATA, et al.,* C.A. No. 07-0557, that is now pending before this Honorable Court. Undersigned was also scheduled to begin trial on May 19, 2008, in the matter *Wonson, et al. v. D.C.,* C.A. No. 06-6716, in the Superior Court of the District of Columbia. That case was settled on May 15, 2008.

3. Undersigned, on behalf of the Defendants, seeks an additional 10 days during which to make the initial disclosures pursuant to Rule 26(a)(1). No party will suffer undue prejudice should the requested relief be granted.

4. Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is being filed prior to the expiration of the prescribed period and is for good cause shown.

WHEREFORE, the Defendants request that this Court grant their Motion to Enlarge.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ Patricia A. Jones   
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

   /s/ Leticia L. Valdes   
LETICIA L. VALDES [461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 730-1881;
Leticia.Valdes@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Christina Conyers Williams,

    Plaintiff,

v.

Robert Johnson, *et al.*,

    Defendants.

C.A. No.: 06-2076 (CKK)

### ORDER

Upon consideration of defendants District of Columbia, Robert Johnson, and David Anthony's Motion to Enlarge the Time to Make their Initial Disclosures, plaintiff's response thereto, if any, and the record herein, it is by the Court this _____ day of _____, 2008,

ORDERED:   that Defendants' Motion is hereby GRANTED for the reasons set forth therein, and it is,

FURTHER ORDERED: that the defendants shall make their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before June 3, 2008.

_____
Judge Colleen Kollar-Kotelly
U.S. District Court Judge

3