UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINA CONYERS WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) C. A. NO. 06-2076 CKK |
| **ROBERT JOHNSON, DAVID ANTHONY, and THE DISTRICT OF COLUMBIA,** | ) ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PLAINTIFF'S PRAECIPE**

The Clerk of the Court will note a change of address and firm for Plaintiff's Counsel, as set forth below.

Respectfully submitted,

_____/S/_____
John F. Karl, Jr.
McDonald & Karl
1090 Vermont Avenue, N.W.
Suite 500
Washington, D.C. 20005
(202) 293-3200
Counsel for Plaintiff